### First Department, October Term, 1884.

John R. Thomas, Respondent, v. Savillian F. Traffarn, Appellant. — Judgment affirmed, with costs. Opinion by Follett, J.

John Kerley, Respondent, v. Sanderson Brothers Steel Company, Appellant. — Judgment and order reversed and new trial ordered, with costs to abide event. Opinion by Hardin, P. J.; Follett, J., not sitting.

Leslie H. Babcock. Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed. Opinion by Merwin, J.; Follett, J., not sitting

Michael McCarthy, Respondent, v. James A. O'Hara, Appellant. — Order denying motion for new trial on the minutes set aside as irregular, without prejudice to the right of the respondent to move at Special Term on a case for a new trial, or to appeal from the judgment. Opinion by Hardin, P. J.

In the Matter of the Petition to revoke the Probate of the last Will and Testament of Lewis S. Phillips, v. Erastus V. Phelps and Mary J. Lyman, Appellants.— Decree affirmed, with costs. Opinion by Follett, J.

Thomas McNamara, Respondent, v. The Delaware, Lackawana and Western Railroad Company, Appellant. — Judgment and order affirmed. Opinion by Merwin, J.

Alesia J. Mixter, Appellant, v. James Bronner, Respondent.—Judgment and order affirmed. Opinion by Merwin, J.

Della Clark, by Guardian, Respondent, v. Alonzo Schurtliff and William H. Warren, Appellants.—Order modified, as stated in the opinion of Hardin. P. J., and as modified affirmed, without costs of this appeal. Opinion by Hardin, P. J.

Mary A. E. La Duke, Respondent, v. The Village of Fulton, Appellant. — Judgment affirmed. Opinion by Hardin, P. J.

Christopher Bingham, Respondent, v. Richard V. Evans, Appellant.—Judgment and order of Oneida County Court, affirmed, with costs. Opinion by Follett, J.

Abner M. Durfee, Respondent, v. Gilderoy Lord and others, Appellants.—Judgment of Jefferson County Court affirmed, with costs. Opinion by Hardin, P. J.

Foster M. Ferrin, Appellant, v. Almira J. Ferrin, Respondent.—Judgment affirmed, with costs. Opinion by Follett, J.; Merwin, J., not voting.

*Horace N. Hayes, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.—Judgment and order reversed and new trial ordered, with costs to abide event. Opinion by Merwin, J.

Emma J. Veeder, Administratrix, Respondent, v. The Village of Little Falls, Appellant.— Judgment and order affirmed. Opinion by Follett, J.; Hardin, P. J., not voting.

Jesse M. Humaston and others, Respondents, v. David Beekman, Appellant.—Judgment and order reversed and new trial ordered, with costs to abide event. Opinion by Vann, J.

Edwin B. Bush, Respondent, v. Medina Preston, Appellant.—Judgment modified as stated in the opinion of Vann, J., and as modified affirmed, with costs. Opinion by Vann, J.

William H. Clark, Appellant, v. Esaias T. Fox and others, Respondents. — Judgment of County Court of Oneida county affirmed, with costs. Opinion by Vann, J.

John Sheehan, Respondent, v. Mary J. Johnson, Appellant. — Judgment of Herkimer County Court affirmed, with costs. Opinion by Vann, J.

Harriet Balou, Respondent, v. Theodore P. Balou and others, Appellants. — Judgment affirmed, with costs. Opinion by Follett, J.

In the Matter of the Cortland and Homer Horse Railroad Company, Appellant, to Acquire a Crossing over the Tracks of the Syracuse, Binghamton and New York Railroad Company and another, Appellants. — Order affirmed, with costs. Opinion by Vann, J.

Isaac W. Bennett, Respondent, v. The Agricultural Insurance Company, Appellant. — Judment affirmed. Opinion by Follett, J.

### First Department, October, 1884.

The Electrical Supply Company, Respondent, v. The Baxter Electric Light Company, Appellant. — Order reversed, and order opening judgment and allowing amendment of answer granted, without costs of motion, or of appeal or of trial to either party.

Marie de la Salud Oviedo Younger, Appellant, v. Mary Ann Pelton Duffie, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Otto Meyer, Appellant, v. Isaac Kaufman and another, Respondents. — Order reversed and motion denied, with ten dollars costs and disbursements.

Frederick Muser, Appellant, v. Julius Lissner, Respondent. — Order reversed, with ten dollars costs and disbursements. Opinion Per Curiam.

Thomas De Fino, Respondent, v. Alexander V. Davidson, Appellant. — Order reversed, without costs, and motion granted on payment of ten dollars costs of opposing motion.

The United States Life Insurance Company, Appellant, v. Mary A. Adams, Respondent. — Order reversed, with ten dollars costs and disbursements and injunction continued.

Morris J. Meyer, Appellant, v. Henry S. Rasquin, Respondent. — Order reversed and motion denied, without costs. Opinion Per Curiam.

Theodore M. Amsdell and another, Respondents, v. Michael Martin, Appellant. — Order of reference modified by excluding the direc

tion for the recovery of costs, and as so modified affirmed, without costs to either party. Order confirming the report of referee reversed, with ten dollars costs and disbursements, and order denying application for hearing of exceptions affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

H. G. Adams, Respondent, v. John Henry Keene, Jr., Appellant. — Order modified as directed in opinion, and affirmed as modified, without costs to either party. Opinion by Daniels, J. Order to be settled by Daniels, J.

David Phillips. Respondent, v. Francis M. Brown, Appellant. — Judgment reversed, new trial ordered; costs to abide event. Opinion Per Curiam.

Anthony Reisert and another. Respondents, v. William R. Peters, Appellant. — Judgment affirmed, with leave to answer over in twenty days on payment of costs of appeal and of demurrer.

Daniel C. Kingsland, Respondent, v. Jane M. Leonard, Appellant. — Judgment affirmed, with costs on the opinion of Larremore, J., in the court below.

Eliphalet Nott, Appellant, v. Henry Clews, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Charles H. Coffin and another, Respondents, v. Samuel Baer and another, Appellants. —

*This case will be found reported in 30 Albany Law Journal, 469.—[Rep.